CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 1 3 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

PATRICIA A. DAY,            )      Civil Action No. 7:12cv00114

       Plaintiff,          )

v.                      )      **FINAL ORDER**

UNITED HEALTH GROUP, INC.    )
SHORT TERM DISABILITY PLAN,   )

       Defendant.        )      **By: Samuel G. Wilson**
                                       **United States District Judge**

For the reasons stated in the memorandum opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that the defendant's motion for summary judgment is

**GRANTED**, and the plaintiff's motion for summary judgment is **DENIED**.  This case shall be

**STRICKEN** from the court's active docket.

      **ENTER**: December 13, 2012.

_____
UNITED STATES DISTRICT JUDGE